IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:   April 3, 2014 |
| Court Reporter:      Gwen Daniel | Probation: Laura Ansart |

_____

Criminal Action No.   13-cr-00380-WJM         *Counsel:*

UNITED STATES OF AMERICA,                     David M. Conner

     Plaintiff,

v.

DAMIAN BERRY,                                 Robert W. Pepin

     Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

03:04 p.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Mr. Conner

Sentencing Statement by Mr. Pepin

The Court addresses the Defendant's Response to Presentence Investigation Report [24].

Discussion/Argument

1

Statement by Probation Officer Ansart

Court's findings entered on the record.

**ORDERED:   The defendant's objection to Paragraph 116 of the Presentence Investigation Report [24] is SUSTAINED.**

Court's comments

Mr. Conner's comments

Government's oral motion for an additional one-level reduction in the offense level for acceptance of responsibility.

**ORDERED:   The Government's oral motion for an additional one-level reduction for acceptance of responsibility is GRANTED.**

The Court addresses the Defendant's Motion for Downward Departure and Statutory Sentence [25]

Argument by Mr. Pepin

Argument by Mr. Conner

Court's comments

Defendant's Allocution

**ORDERED:   The Defendant's Motion for Downward Departure and Statutory Sentence [25] is GRANTED IN PART.**

> Defendant plead guilty to a one-Count Indictment and admitted to the forfeiture allegation on December 31, 2013.

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Damian Berry, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 40 months.**

**The Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

>			**The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation located within the State of California.**

**ORDERED:	Upon release from imprisonment defendant is placed on supervised release for a term of three years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance.  The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:	Special Conditions of Supervised Release:**

1. **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

2. **The defendant shall take Antabuse as directed by the probation officer, unless medically contraindicated.**

3. **The defendant shall not associate with or have contact with any gang members and shall not participate in gang activity, to include displaying gang paraphernalia.**

4. **The defendant shall not drive a motor vehicle unless he has a valid driver's license, insurance and vehicle registration.**

Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and the defendant's admission to the forfeiture allegation in the Indictment the defendant shall forfeit to the United States any and all property, real or personal, derived from the proceeds from the instant offense and as stipulated to in the Plea Agreement.

**ORDERED:  The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:  Defendant has no ability to pay a fine, and the fine is waived.**

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

**ORDERED:  Defendant is REMANDED to the custody of the U.S. Marshal.**

03:58 p.m.    Court in Recess
              Hearing concluded
              Time: 54 minutes